2:25-cv-01190-RGK(PDx)



[IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION]

PLAINTIFF, Alicia Songer, Plaintiff, v. DONALD J. TRUMP, ELON MUSK, TESLA, INC., X CORP. (FORMERLY TWITTER), SPACE EXPLORATION TECHNOLOGIES CORP. (SpaceX), AND MARKO ELEZ, GAVIN KLIGER, COLE KILLIAN, LUKE FARRITOR, AKASH BOBBA, ETHAN SHAOTRAN, AND EDWARD KORISTINE, Defendants.

COMPLAINT FOR COMPUTER ESPIONAGE, UNAUTHORIZED ACCESS TO INFORMATION, TRESPASSING ON A GOVERNMENT COMPUTER, AND COMPUTER FRAUD

COMES NOW, Plaintiff Alicia Songer, Private Citizen, acting as her own attorney, and for its Complaint against Defendants Donald J. Trump, Elon Musk, Tesla, Inc., X Corp., Space Exploration Technologies Corp. (SpaceX), and Marko Elez, Gavin Kliger, Cole Killian, Luke Farritor, Akash Bobba, Ethan Shaotran, Edward Coristine, and Donald J. Trump (collectively, "Defendants"), alleges as follows:

## INTRODUCTION

1. This is an action for violations of federal and state computer crime laws, including but not limited to the Computer Fraud and Abuse Act (18 U.S.C. § 1030), unauthorized access to protected information, trespassing on a government computer, and computer espionage.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 as this action arises under the laws of the United States, including the Computer Fraud and Abuse Act (18 U.S.C. § 1030).
3. The venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events or omissions giving rise to this claim occurred within this District.

## PARTIES

4. Plaintiff Alicia Songer is a private citizen located in California.
5. Defendant Donald J. Trump is a resident of the State of Florida and the former President of the United States.
6. Defendant Elon Musk is a resident of the State of Texas and is the Chief Executive Officer of Tesla, Inc., X Corp., and SpaceX.
7. Defendant Tesla, Inc. is a Delaware corporation with its principal place of business in Austin, Texas.
8. Defendant X Corp. (formerly known as Twitter) is a Nevada corporation with its principal place of business in San Francisco, California.

9. Defendant SpaceX is a Delaware corporation with its principal place of business in Hawthorne, California.
10. Defendants Marko Elez, Gavin Kliger, Cole Killian, Luke Farritor, Akash Bobba, Ethan Shaotran, and Edward Coristine are individuals who participated in the unlawful activities described herein.

## FACTUAL ALLEGATIONS

10. Plaintiff alleges that Defendants engaged in unlawful activities involving unauthorized access to protected computer systems.
11. Defendants unlawfully accessed the U.S. Department of the Treasury and the U.S. Department of Education computer systems, thereby putting Plaintiff's Social Security number and bank account information at risk.
12. Plaintiff further alleges that Defendants acted with intent to defraud and cause damage to protected systems, resulting in economic and reputational harm.
13. Plaintiff has suffered quantifiable damages as a direct result of Defendants' unlawful actions.

## CLAIMS FOR RELIEF

### COUNT I - VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT (18 U.S.C. § 1030)

14. Plaintiff repeats and re-alleges all preceding paragraphs as if fully set forth herein.
15. Defendants knowingly and intentionally accessed Plaintiff's protected computer systems without authorization and obtained information in violation of 18 U.S.C. § 1030(a).
16. As a direct and proximate result, Plaintiff has suffered damages in excess of $5,000, as required under 18 U.S.C. § 1030(c)(4)(A)(i).

### COUNT II - TRESPASS TO CHATTELS

17. Defendants unlawfully interfered with the computer system of the Treasury Department and the Department of Education, causing harm and disruption.

### COUNT III - UNAUTHORIZED ACCESS TO INFORMATION

18. Defendants obtained, used, and/or disclosed confidential information without authorization, resulting in harm to Plaintiff.

### COUNT IV - COMPUTER ESPIONAGE

19. Defendants willfully engaged in computer espionage by accessing protected computer networks and obtaining sensitive information without permission.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and grant the following relief: A. Compensatory damages in an amount to be determined at trial; B. Punitive damages to deter future misconduct; C. Injunctive relief preventing Defendants from further accessing Plaintiff's systems; D. Attorneys' fees and costs as permitted by law; and E. Any further relief the Court deems just and equitable.

Dated: February 10, 2025

Respectfully submitted,

Alicia Songer, Pro Se 346 Oranut Ln. La Puente, CA 91746 626-756-2429
aliciaks70@gmail.com